IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| DANIEL TURNBULL<br>    # 65561179 § <br> § <br> V.  §    C.A. C-06-486 <br> § <br> M. NIDERHAUSER, ET AL. § | |

### ORDER VACATING COLLECTION ORDER

The order granting plaintiff's motion to proceed in forma pauperis and collection order (D.E. 10) is **VACATED.**

The Clerk will mail a copy of this Order to the inmate accounting office or other person(s) or entity with responsibility for assessing, collecting and remitting to the court interim filing fee payments on behalf of inmates, as designated by the facility in which plaintiff is confined, and to Brooks County Detention Center, 901 County Road 201, Falfurrias, Texas 78355.

ORDERED this 2nd day of January, 2007.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE